IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ETHAN TROKA                                                                                            PLAINTIFF
ADC # 178058

v.                                            3:24CV00082-KGB-JTK

PATRICK MCCOWN, et al.                                                                      DEFENDANTS

# ORDER

Having reviewed Ethan Troka's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes that service of the following claims is appropriate:

- violation of right to privacy related to the viewing of Plaintiff's prison files (claims 4 and 5).[2]

- defamation (claims 6 and 7);[3]

- alleged due process violations related to Plaintiff's removal from the PAL Program without notice or opportunity to be heard (claims 8, 10, 11, and 23; and 19[4])

- Plaintiff's equal protection claims (claims 13 and 24);

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] Plaintiff identified claim 5 as being an "8th Amendment lack of security" claim. The claim is more appropriate analyzed as a violation of the right to privacy claim and the Court will treat it as such.

[3] Plaintiff identified claim 7 as a fraud claim, but it these allegations are more appropriately analyzed as a defamation claim and the Court will treat it as such.

[4] Plaintiff titled 19 "fraudulent concealment."  The claim is more appropriately treated as part of Plaintiff's due process claim and the Court will treat it as such.

- breach of contract (claim 18);

- disability-based discrimination (claims 14 and 15); and

- deliberate indifference claims related to other inmates having positions of authority of Plaintiff (claims 22,[5] 25, and 26;)

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Patrick McCown.  The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendant McCown without prepayment of fees and costs or security therefore.  Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Dated this 31st day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[5] Plaintiff titled claim 22 "contempt of court."  This claim is better analyzed as a deliberate indifference claim and the Court will treat it as such.