**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ETHAN TROKA                                                                                              PLAINTIFF
ADC # 178058

v.                                        3:24CV00082-KGB-JTK

PATRICK MCCOWN, et al.                                                   DEFENDANTS

## **ORDER**

Assistant Attorney General Justin Brascher entered his appearance on behalf of Defendant Patrick McCown on August 8, 2024. (Doc. No. 14). On November 11, 2024, Assistant Attorney General Ryan Hale asked to be substituted as attorney of record for Defendant McCown. (Doc. No. 25). The Motion (Doc. No. 14) is GRANTED. Ryal Hale is substituted as attorney of record in lieu of Justin Brascher.

IT IS SO ORDERED this 26th day of November, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE