# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ETHAN TROKA                                                                                   PLAINTIFF
ADC # 178058

v.                                              3:24CV00082-KGB-JTK

PATRICK MCCOWN, et al.                                                                     DEFENDANTS

## ORDER

Ethan Troka's ("Plaintiff") Motion for Copies (Doc. No. 41) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet and docket entry numbers 38 and 39, along with a copy of this Order.

IT IS SO ORDERED this 10th day of March, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE