IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ETHAN TROKA                                                                                     PLAINTIFF
ADC # 178058

v.                                            3:24CV00082-KGB-JTK

PATRICK MCCOWN, et al.                                                                DEFENDANTS

## ORDER

Ethan Troka's ("Plaintiff") Motion for Stay (Doc. No. 45) is GRANTED in part and DENIED in part. Plaintiff's request that this case be stayed is denied. In the alternative, Plaintiff asked that the discovery deadline in this case be extended until October 1, 2026, and that the dispositive motions deadline be extended until April 1, 2027. This request is also denied. The Court will, however, extend the discovery deadline until November 20, 2025 and the dispositive motions deadline until December 22, 2025.

IT IS SO ORDERED this 3rd day of July, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE