# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ETHAN TROKA  PLAINTIFF
ADC # 178058

v.  3:24CV00082-KGB-JTK

PATRICK MCCOWN, et al.  DEFENDANTS

## ORDER

Defendant Patrick McCown's Motion to Stay all Deadlines pending the resolution of Plaintiff's voluntary Motion to Dismiss (Doc. No. 55) is GRANTED.

IT IS SO ORDERED this 13th day of November, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE