# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ETHAN TROKA  PLAINTIFF
ADC # 178058

v.  3:24CV00082-KGB-JTK

PATRICK MCCOWN, et al.  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition ("Recommendation") has been sent to Chief United States District Judge Kristine G. Baker. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On October 30, 2025, Plaintiff Ethan Troka filed a motion to voluntarily dismiss his case. (Doc. No. 53). Defendant Patrick McCown does not oppose the Motion. (Doc. No. 54). Accordingly, the Court recommends that Plaintiff's Motion be granted. Fed. R. Civ. P. 41(a)(2).

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Motion to Dismiss (Doc. No. 53) be GRANTED and Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

Dated this 13th day of November, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE