IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ETHAN TROKA**  **PLAINTIFF**
ADC #178058

v.     Case No. 3:24-cv-00082-KGB-JTK

**PATRICK MCCOWN,** *et al.*     **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney addressing plaintiff Ethan Troka's motion to dismiss voluntarily his case (Dkt. No. 58). The Recommendations state that defendant Patrick McCown, the only remaining defendant, does not oppose Troka's motion (*Id.*, at 1). No party has filed objections to the Recommendations, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court grants Troka's motion to dismiss voluntarily his case (Dkt. No. 53) and dismisses without prejudice Troka's complaint (Dkt. No. 2).

So ordered, this 1st day of December, 2025.

Kristine G. Baker
Chief United States District Judge